UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK PARDEA,<br>　　　　Petitioner,<br>　　v.<br>ERIC HOLDER, Attorney General, et al.,<br>　　　　Respondents. | :<br>:　Civil No. 3:13-CV-1921<br>:<br>:　(Judge Kosik)<br>:<br>: |

**FILED**
**SCRANTON**

FEB 2 5 2014

PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 25 DAY OF FEBRUARY, 2014, IT APPEARING TO THE COURT THAT:

(1)　Petitioner, Mark Pardea, an inmate formerly confined at the Pike County Prison, Lords Valley, Pennsylvania, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 seeking to be released from detention by Immigration and Customs Enforcement ("ICE"), pursuant to the Supreme Court's holding in Zadvydas v. Davis, 533 U.S. 678 (2001);

(2)　The matter was assigned to Magistrate Judge Susan E. Schwab;

(3)　On February 7, 2014, the Magistrate Judge issued a Report and Recommendation (Doc. 6), recommending that the petition for writ of habeas corpus be dismissed as moot, because Petitioner has been released from custody and he has received the relief he requested;

(4)　Moreover, the copy of the Report and Recommendation sent to Petitioner was returned to the Court with a notation that Petitioner was no longer located there (Doc. 7);

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

(1)　The Report and Recommendation of Magistrate Judge Susan E. Schwab dated February 7, 2014 (Doc. 6) is **ADOPTED**;

(2)     Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 is **DISMISSED** as moot; and

(3)     The Clerk of Court is directed to **CLOSE** this case and to forward a copy of this Order to the Magistrate Judge.

_____
Edwin M. Kosik
United States District Judge